# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 8:26 am, Dec 17, 2020

| | |
|---|---|
| CRAIG L. JONES, | * |
| Petitioner, | *  CIVIL ACTION NO.: 5:19-cv-93 |
| v. | * |
| JEFFREY COLEMAN, WILLIAM STEEDLEY; MS. ISAIS; and TERRY HENDERSON, | * |
| Respondents. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner Craig Jones ("Jones") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES** Jones' 28 U.S.C. § 1361 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Jones *in forma pauperis* status on appeal.

SO ORDERED, this  16  day of  December , 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA