AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CRAIG JONES,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:19-cv-93

JEFFREY COLEMAN; WILLIAM
STEEDLEY; MS. ISAIS; and
TERRY HENDERSON,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court dated December 17, 2020; the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Jones' 28 U.S.C. § 2241 Petition is DENIED, and Petitioner is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

_____
Date    December 18, 2020

John Triplett, Acting Clerk of Court
_____
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03